EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Ciro Ángel Betancourt | 2008 TSPR 100 <br><br> 174 DPR _____ |

Número del Caso: TS-3784


Fecha: 28 de mayo de 2008


Oficina de Inspección de Notarías:

                          Lcda. Marla D. Ríos Díaz
                          Directora Auxiliar

                          Lcda. Lourdes I. Quintana Lloréns
                          Directora


Materia: Conducta Profesional
        (Sentencia Nunc Pro Tunc)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Ciro Ángel Betancourt

TS-3784

*SENTENCIA*

En San Juan, Puerto Rico, a 28 de mayo de 2008.

Se enmienda *nunc pro tunc* nuestra sentencia de 7 de mayo de 2008 en el caso de epígrafe a los fines de referir el asunto a la Oficina de Inspección de Notaría para que haga los trámites correspondientes. A su vez, se elimina la siguiente parte dispositiva de la sentencia:

> Además, se refiere el asunto al Procurador General de Puerto Rico para que demande del fiador notarial Colegio de Abogados de Puerto Rico el reembolso de $24,636, mediante la expedición de dos cheques certificados: uno a nombre del Secretario de Hacienda por la cantidad de $24,441, $4,038 para Asistencia Legal y $20,403 para sellos de rentas internas; y otro a nombre del Colegio de Abogados de Puerto Rico por la cantidad de $195 para sellos de impuesto notarial. Dichos cheques certificados deberán ser remitidos al Director de Inspección de Notarías para que proceda a cancelar los sellos requeridos.

Lo acordó y manda el Tribunal y certifica la Secretaria del Tribunal.

Dimarie Alicea Lozada
Secretaria Interina del Tribunal Supremo